J. W. LATIMER ET UX. v. ST. LOUIS SOUTHWESTERN RAILWAY COMPANY.

Decided June 17, 1905.

**Affidavit in Lieu of Appeal Bond—Notary Public.**

Under the present statute an affidavit of inability to pay costs in lieu of a writ of error bond may be made before a notary public in another State. Rev. Stats., art. 7, subd. 2. Jenks v. Jenks, 47 Texas, 220, not followed because decided before the change in the statute.

Error from the District Court of Franklin. Tried below before Hon. P. A. Turner.

*Wilkins & Vinson* and *R. E. Davenport,* for plaintiffs in error.

*Glass, Estes & King.* for defendant in error.

RAINEY, CHIEF JUSTICE.—On a former day of this term we sustained a motion to dismiss the writ of error without written opinion, because the affidavit in lieu of a writ of error bond was made before a notary public in the State of Arkansas. This holding was based on the case of Jenks v. Jenks, 47 Texas, 220.

Upon considering a motion for a rehearing we have concluded that our former holding was error. The case of Jenks v. Jenks, though

correct under the law then existing (1877), should not be followed, because since then the law has been changed and now authorizes the making of affidavits before a notary public in another State. (Rev. Stats., art. 7, subdiv. 2.)

The motion for rehearing is granted and the motion to dismiss is overruled.

Application for writ of error dismissed for want of jurisdiction.